Nos. 1001 and 1002. PRESIDENT & DIRECTORS OF MANHATTAN COMPANY *v.* KELBY ET AL., TRUSTEES, ET AL. April 2, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John Lord O'Brian, J. M. Richardson Lyeth, Mark W. Maclay* and *Charles A. Horsky* for petitioner. *Messrs.*

*Geo. C. Wildermuth, Charles M. McCarty* and *Joseph Nemerov* for Kelsey et al., and *Mr. Samuel Silbiger* for Eddy, respondents.